

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| EASTSIDE INVESTORS, LLP, derivatively on behalf of Nominal Defendant UNIVERSAL HEALTH SERVICES, INC., | CIVIL ACTION |
| Plaintiff, | NO. 04-CV-2626 |
| v. | |
| ALAN B. MILLER and STEVE G. FILTON, | |
| Defendants, | |
| and | |
| UNIVERSAL HEALTH SERVICES, INC., | |
| Nominal Defendant. | |

**FILED**
JUN - 7 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) and Rule 23.1 of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, hereby stipulate and agree that the above-captioned action, and all claims asserted therein, be dismissed with prejudice in their entirety as against Defendants Alan B. Miller and Steve G. Filton and Nominal Defendant Universal Health Services, Inc. upon approval of the Court. Each party shall bear its own costs and attorneys fees.

| | |
|---|---|
| ECKERT SEAMANS CHERIN & MELLOTT, LLC | LAW OFFICES OF BRIAN M. FELGOISE, P.C. |
| By: _____ | By: _____ |
| Neil G. Epstein | Brian M. Felgoise |
| Pa. I.D. No. 09776 | Pa. I.D. No. 72792 |
| 1515 Market Street, Ninth Floor | 261 Old York Road - Suite 423 |
| Philadelphia, PA 19102 | Jenkintown, PA 19046 |
| (215) 851-8408 | (215) 886-1900 |
| Attorneys for Defendants Alan B. Miller and Steve G. Filton and Nominal Defendant Universal Health Services, Inc. | |

- and -

**ENTERED**
JUN - 7 2005
CLERK OF COURT

Laurence D. Paskowitz, Esquire
PASKOWITZ & ASSOCIATES
60 East 42nd Street - 46th Floor
New York, NY  19046
 (215) 685-0969

- and –

Richard B. Brualdi, Esquire
THE BRUALDI LAW FIRM
29 Broadway
New York, NY  10006
 (212) 952-0602

Attorneys for Plaintiff Eastside Investors, LLP

Dated:  June 3, 2005

SO ORDERED:

_____
John R. Padova, J.

Dated: ___6-7-05___

MO511612

COPIES BY FAX ON: __6/2/05__
TO: __N. Epstein__
mail:
B. Felgoise

## Other Orders/Judgments

2:04-cv-02626-JP EASTSIDE INVESTORS, LLP v. MILLER et al

# United States District Court

# Eastern District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from mbh, entered on 6/7/2005 at 4:09 PM EDT and filed on 6/7/2005
**Case Name:**      EASTSIDE INVESTORS, LLP v. MILLER et al
**Case Number:**    2:04-cv-2626
**Filer:**
**Document Number:** 11

**Docket Text:**
STIPULATION AND ORDER THAT THIS ACTION AND ALL CLAIMS ASSERTED THEREIN BE DISMISSED WITH PREJUDICE IN THEIR ENTIRETY AGAINST DEFENDANTS. SIGNED BY JUDGE JOHN R. PADOVA ON 6/7/2005. 6/7/2005 ENTERED AND COPIES MAILED AND FAXED.(mbh, )

The following document(s) are associated with this transaction:

**2:04-cv-2626 Notice will be electronically mailed to:**

NEIL G. EPSTEIN     nge@escm.com,

**2:04-cv-2626 Notice will be delivered by other means to:**

BRIAN M. FELGOISE
LAW OFFICES OF BRIAN M. FELGOISE PC
THE PAVILION
261 OLD YORK ROAD
SUITE 423
JENKINTOWN, PA 19046

```
*************** -COMM. JOURNAL- ******************** DATE JUN-07-2005 ***** TIME 16:00 *********

        MODE = MEMORY TRANSMISSION            START=JUN-07 15:59    END=JUN-07 16:00

        FILE NO.=956

   STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES    DURATION

    001      OK      8          912158518383           003/003  00:00:33


                                                  -US DISTRICT COURT EDPA   -

****************************************** -CLERK'S OFFICE  - ***** -             - **********
```

2:04-cv-02626-JP

NEIL G. EPSTEIN
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
1515 MARKET STREET
9TH FLOOR
PHILADELPHIA PA 19102-1909

215-851-8383
ngc@escm.com